HAUENSTEIN, Executrix, Respondent, vs. BADGER PUBLIC SERVICE COMPANY, Appellant, and BRICKBAUER, Interpleaded defendant.

APPEAL from a judgment of the circuit court for Sheboygan county dated January 21, 1927: MICHAEL KIRWAN, Judge.

Action on account. Counterclaim for damages. Judgment in favor of plaintiff, from which the *Badger Public Service Company* appeals.

For the appellant: *Shaw, Muskat & Sullivan* of Milwaukee.

For the respondent *Hauenstein: H. J. Rooney* of Plymouth.

For the interpleaded defendant: *Collins & Collins* of Sheboygan.

*By the Court.*—Judgment affirmed.

HILL's DRY GOODS COMPANY, Appellant, vs. WIGONITZ and another, Respondents.

APPEAL from an order of the circuit court for Dane county dated March 30, 1927: AUGUST C. HOPPMANN, Judge.

Injunction. Order vacating temporary injunction, from which plaintiff appeals.

For the appellant: *Gilbert, Ela, Heilman & Raeder* of Madison.

For the respondents: *Olbrich & Siebecker* of Madison.

*By the Court.*—Order affirmed.

WILLOUGHBY, Respondent, vs. KUHL, Appellant.

APPEAL from a judgment of the circuit court for Portage county dated March 5, 1927: BYRON B. PARK, Judge.

Personal and property damage. Automobile collision. Judgment for plaintiff, from which defendant appeals.

For the appellant: *J. R. Pfiffner,* attorney, and *W. B. Murat,* of counsel, both of Stevens Point.

For the respondent: *T. A. Humphrey* of Mellen.

*By the Court.*—Judgment affirmed.